# Court of Appeals
# of the State of Georgia

ATLANTA,  March 15, 2013

*The Court of Appeals hereby passes the following order:*

**A12A1944. IN RE: RAYMOND YELVERTON.**

Appellant Raymond Yelverton filed a direct appeal from the trial court's order denying his petition under OCGA § 42-1-19 seeking removal from the sexual offender registry.  Under OCGA § 5-6-35 (a) (5.2), an individual seeking to appeal a decision of the superior court granting or denying a petition for release pursuant to OCGA § 42-1-19 must file an application for discretionary appeal to the appropriate appellate court. Yelverton's failure to file an application for discretionary appeal deprives this Court of jurisdiction over this direct appeal. See generally *Coweta County v. Jackson*, 264 Ga. App. 17 (589 SE2d 839) (2003); *White v. State*, 223 Ga. App. 873 (505 SE2d 228) (1998). Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 03/15/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*


, *Clerk.*